# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAU BURNETTE,<br><br>        Petitioner,<br><br>    v.<br><br>KEVIN HIXON,<br><br>        Respondent. | Case No.  5:24-cv-00372-FMO-RAO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Dkt. No. 1; Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus ("Motion"), Dkt. No. 17; Petitioner's response in opposition to Respondent's Motion, Dkt. No. 24; Respondent's reply in support of his Motion, Dkt. No. 25; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 27; and all of the records and files herein.

      Objections to the Report were due by December 9, 2024, and the Court has not received any objections to date.  The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

\\\

\\\

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: December 20, 2024

                                                             /s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE