JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAU BURNETTE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KEVIN HIXON,<br><br>　　　　　Respondent. | Case No. 5:24-cv-00372-FMO-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: December 20, 2024

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE